<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6694**

———————

RODERICK JEROME ENGLISH,

Plaintiff – Appellant,

v.

EDWARD WOODROW LONGSHORE, II,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Aiken.   Joseph F. Anderson, Jr., District Judge.   (1:13-cv-02792-JFA)

———————

Submitted:  August 21, 2014        Decided:  August 26, 2014

———————

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Roderick Jerome English, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Jerome English appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. English v. Longshore, No. 1:13-cv-02792-JFA (D.S.C. Apr. 1, 2014). We also deny English's "motion to amend post conviction relief." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED